387 A.2d 111

Commonwealth v. Thornton, Appellant.

Argued December 7, 1977. C. Daniel Higgins, with him Albert R. Murray, Jr., Public Defender, for appellant;

608

James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.